# United States District Court

## Northern District of Illinois
**Eastern Division**

| | |
|---|---|
| Jerry N. Jones et al | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 04 C 8305 |
| Harris Associates L.P. | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that summary judgment is entered in favor of defendant and against all plaintiffs. Plaintiffs to take nothing. All matters in controversy having been resolved, final judgment is hereby entered in favor of the defendant and against all plaintiffs.

Michael W. Dobbins, Clerk of Court

Date: 2/27/2007 
_____
/s/ Stephen C. Tokoph, Deputy Clerk