UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JERRY N. JONES, MARY FRANCES JONES, and ARLINE WINERMAN, <br><br> Plaintiffs, <br><br> v. <br><br> HARRIS ASSOCIATES L.P., <br><br> Defendant. | Civil Action No. 1:04-cv-08305 <br><br> Judge Charles P. Kocoras |

**NOTICE OF APPEAL**

Notice is hereby given that the Plaintiffs in the above-captioned case appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on February 27, 2007.

Respectfully submitted,

By: _____
Michael J. Brickman, Esquire *(Pro Hac Vice)*
James C. Bradley, Esquire *(Pro Hac Vice)*
Nina H. Fields, Esquire *(Pro Hac Vice)*
Richardson, Patrick, Westbrook & Brickman, LLC
174 East Bay Street
Charleston, South Carolina 29401
Phone: 843-727-6500
Fax: 843-727-3103

Kevin M. Flynn, Esquire
Kevin M. Flynn & Associates
77 West Wacker Drive, Suite 4800
Chicago, Illinois 60601
Phone: 312-456-0240
Fax: 312-444-1028

                                                  Guy M. Burns, Esquire *(Pro Hac Vice)*
                                                  Becky Ferrell-Anton, Esquire *(Pro Hac Vice)*
                                                  Jonathan S. Coleman, Esquire *(Pro Hac Vice)*
                                                  Audrey Rauchway, Esquire *(Pro Hac Vice)*
                                                  Johnson, Pope, Bokor, Ruppel & Burns, LLP
                                                  100 North Tampa Street, Suite 1800
                                                  Tampa, Florida 33602
                                                  Phone: 813-225-2500
                                                  Fax: 813-223-7118

                                                  **Attorneys for the Plaintiffs**

March 20, 2007

## **CERTIFICATE OF SERVICE**

The undersigned attorney of record hereby certifies that they caused a true and correct copy of the above and foregoing pleading(s) to be served via email transmission and U.S. Mail upon:

> Gordon B. Nash Jr., Esquire
> Drinker Biddle Reath, LLP
> 191 North Wacker Drive, Suite 3700
> Chicago, Illinois 60606-1698
> Telephone: 312-569-1421
> Email: gordon.nash@dbr.com
>
> John D. Donovan, Jr., Esquire
> Robert A. Skinner, Esquire
> Brian R. Blais, Esquire
> Ropes & Gray, LLP
> One International Place
> Boston, Massachusetts 02110-2624
> Telephone: 617-951-7000
> Email: john.donovan@ropesgray.com
>    robert.skinner@ropesgray.com
>    brian.blais@ropesgray.com

Attorney for the Plaintiffs

March 20, 2007